CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Kaleigh E. Thomas
kthomas@klinedinstlaw.com
Lindsey N. Casillas
lcasillas@klinedinstlaw.com
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, CA 95814
Telephone: 916-282-0255 Work
Facsimile: (916) 444-7544
Attorneys for Defendants
Buckhorn Enterprises LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BUCKHORN ENTERPRISES, LLC;<br><br>　　　　Defendant. | Case No.: 2:22-cv-00110-TLN-DB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 6/23/2022

CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: 6/23/2022

KLINEDINST PC

By: /s/ Kaleigh E. Thomas

Kaleigh E. Thomas
Attorneys for Defendants
BUCKHORN ENTERPRISES, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Kaleigh E. Thomas, counsel for Buckhorn Enterprises LLC, and that I have obtained Attorney Thomas's authorization to affix their electronic signature to this document.

Dated: 6/23/2022                                 CENTER FOR DISABILITY ACCESS

                                                 By: /s/ Amanda Seabock
                                                 Amanda Seabock
                                                 Attorneys for Plaintiff